**Terry A. CAMPBELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60919.**

Missouri Court of Appeals,
Western District.

Feb. 18, 2003.

Vanessa Caleb, Kansas City, MO, for Appellant.

John M. Morris, III, Jefferson City, MO, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Terry Campbell appeals the denial of his Rule 24.035 motion, in which he sought to set aside his guilty plea to second-degree murder and first-degree robbery. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

**In the Interest of T.M.D.**

**No. WD 61708.**

Missouri Court of Appeals,
Western District.

Feb. 18, 2003.

Samantha Anne Harris, Columbia, for Appellant.

Melissa McAllister, Columbia, for Respondent.

Before RONALD R. HOLLIGER, P.J.,
PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### ORDER

T.L.D. appeals the circuit court's judgment terminating her rights to parent her daughter, T.M.D. We affirm the circuit court's judgment. Rule 84.16(b).